[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 97-1346

 MARK R. MERRIFIELD,

 Plaintiff, Appellant,

 v.

 COMMONWEALTH OF MASSACHUSETTS, ET AL.,

 Defendants, Appellees.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Reginald C. Lindsay, U.S. District Judge] 

 

 Before

 Torruella, Chief Judge 
 Boudin and Stahl, Circuit Judges. 

 

Mark R. Merrifield on brief pro se. 
Scott Harshbarger, Attorney General, and William J. Meade, 
Assistant Attorney General, Criminal Bureau, on Motion for Summary
Affirmance.

 

 November 19, 1997
 

 Per Curiam. Appellant Mark Merrifield appeals from 

the district court's dismissal of his in forma pauperis suit.

Under 28 U.S.C. 1915(e)(2)(B), a district court is

authorized to dismiss an in forma pauperis action "at any

time" if it is frivolous or malicious, fails to state a claim

for relief, or seeks money damages against immune defendants.

We affirm dismissal of the instant action, essentially for

the reasons given by the district court in its orders dated

January 23 and February 21, 1997, and by appellees in their

motion for summary affirmance.

 Affirmed. See Loc. R. 27.1. 

 -2-